| | |
|---|---|
| 1 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| | Mark C. Goodman (State Bar No. 154692) |
| 2 | David A. Gabianelli (State Bar No. 158170) |
| | Julie E. Schwartz (State Bar No. 260624) |
| 3 | One Maritime Plaza, Suite 300 |
| | San Francisco, CA  94111 |
| 4 | Telephone:  +1.415.954.0200 |
| | Facsimile:  +1.415.393.9887 |
| 5 | Email: mgoodman@ssd.com |
| | Email: dgabianelli@ssd.com |
| 6 | Email: jeschwartz@ssd.com |

Attorneys for Defendants
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE PHARMACEUTICALS INC. and
MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY WASSON, an individual, | Case No. CV 10-459 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| MCKESSON CORPORATION; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC., BERLEX LABORATORIES, INC., BERLEX, INC.; BAYER SCHERING PHARMA AG; BAYER AG; and DOES 1-10, inclusive, | |
| Defendants. | |

Plaintiff Kimberly Wasson ("Plaintiff") and Defendants Bayer Corporation, Bayer HealthCare LLC, Bayer HealthCare Pharmaceuticals Inc. and McKesson Corporation (collectively, "Defendants") by and through their respective counsel, enter into the following Stipulation:

WHEREAS, Plaintiff's Complaint was filed on February 2, 2010;

WHEREAS, Defendants issued a letter dated February 5, 2010 identifying this matter as a tag-along action in connection with MDL No. 2100 pending in the United States District Court for the Southern District of Illinois;

WHEREAS, responses currently are due from Defendants on March 10, 2010; and

WHEREAS, an extension of time to respond to the Complaint is warranted for counsel to discuss the disposition of this case and attempt to reach agreement on how it will be handled going forward.

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, Defendants shall have until March 24, 2010 to respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

Dated:   March 9, 2010

| ROBINSON, CALCAGNIE & ROBINSON | SQUIRE, SANDERS & DEMPSEY LLP |
|---|---|
| By:_____*/s/ Daniel Robinson*_____<br>         DANIEL ROBINSON | By:_____*/s/ Julie E. Schwartz*_____<br>         JULIE E. SCHWARTZ |
| Attorneys for Plaintiff<br>KIMBERLY WASSON | Attorneys for Defendants<br>BAYER CORPORATION,<br>BAYER HEALTHCARE LLC,<br>BAYER HEALTHCARE<br>PHARMACEUTICALS INC. and<br>MCKESSON CORPORATION |

-2-

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  DATED: _____

4  _____
   HONORABLE SUSAN ILLSTON
   United States District Judge

5

6

7  SANFRANCISCO/341466.2